1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  KATHLEEN S. MORRIS, State Bar #196672
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3987
6  Facsimile:     (415) 554-3837
   E-Mail:        kathleen.morris@sfgov.org
7

8  Attorneys for Defendants SAN FRANCISCO PUBLIC UTILITIES
   COMMISSION AND CITY AND COUNTY OF SAN FRANCISCO
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

| LANAHAN & REILLEY LLP, | Case No. C06-2394 CW |
|---|---|
| Plaintiff, | ORDER GRANTING **JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 8 TO SEPTEMBER 29, 2006** |
| vs. | |
| SAN FRANCISCO PUBLIC UTILITIES COMMISSION; CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | Trial Date:       None set |

The parties to this action hereby stipulate to rescheduling the initial case management conference in the above-entitled case from September 8 to September 29, 2006.

DATED: September 6, 2006

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy

                              By:_____/s/_____
                              KATHLEEN S. MORRIS
                              Deputy City Attorney
                              Attorneys for City and County of San Francisco

DATED:

                              LANAHAN & REILLEY LLP


                              By:_____/s/_____
                              CHRISTOPHER R. MILLER
                              Attorneys for Plaintiff Lanahan & Reilley LLP

**SO ORDERED.**

DATED:  9/7/06

                         By:_____
                            HONORABLE C. WILKEN
                            DISTRICT JUDGE, NORTHERN DISTRICT OF
                            CALIFORNIA