LANAHAN & REILLEY LLP
MICHAEL J.M. BROOK, SBN 139595
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, CA 95403
Telephone: 707-524-4200
Facsimile: 707-523-4610

Attorneys for Plaintiff
LANAHAN & REILLEY LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANAHAN & REILLEY LLP, | CASE NO.: C 06-02394 CW |
| Plaintiff, | STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| SAN FRANCISCO PUBLIC UTILITIES COMMISSION; CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, each party to bear its own fees and costs.

Dated: December 8, 2006

Respectfully submitted,

Office of City Attorney, City and County of San Francisco

By: _____
Kathleen S. Morris, Deputy City Attorney
Attorney for Defendant
SAN FRANCISCO PUBLIC UTILITIES COMMISSION,
CITY AND COUNTY OF SAN FRANCISCO

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

707 523 4610                          97%                              P.02

Dated: December 5, 2006         LANAHAN & REILLEY LLP

By _____
   Michael J.M. Brook
   Attorneys for Plaintiff Lanahan & Reilley LLP

**IT IS SO ORDERED.**

Dated: 12/11/06         _____
                        The Honorable Claudia Wilken
                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

P.03